IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Marc & Tammy Schuler, | : |
| Plaintiffs, | : Civil Action No.: 1:12-cv-00015-MR-DLH |
| v. | : |
| Enhanced Recovery Company, LLC, | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 22, 2012

Respectfully submitted,            By __/s/ Stacie Watson_____

Stacie Watson, Esq. (Bar No.: 23890)
Law Office of Stacie Watson.
P.O. Box 1412
Apex, North Carolina 27502
Telephone: (919) 522-6128
Facsimile: (919) 439-5308
Email: swatson@lemberglaw.com
Attorneys for Plaintiffs

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Stacie Watson
                                                Stacie Watson, Esq.