IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Marc & Tammy Schuler, | : <br> : <br> : Civil Action No.: 1:12-cv-00015-MR-DLH <br> : <br> Plaintiffs, : <br> v. : <br> : <br> Enhanced Recovery Company, LLC, : <br> : <br> Defendant. : <br> : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Plaintiffs, Marc & Tammy Schuler, by their attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: March 29, 2012

Respectfully submitted,

By: /s/ Stacy Watson

Stacie Watson, Esq. (Bar No.: 23890)
Law Office of Stacie Watson.
P.O. Box 1412
Apex, North Carolina 27502
Telephone: (919) 522-6128
Facsimile: (919) 439-5308
Email: swatson@lemberglaw.com
Attorneys for Plaintiffs

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250

Facsimile: (877) 795-3666

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2012, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Western District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson

Stacie Watson